UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ELBERT DAWKINS, on behalf of himself and all others similarly situated,

                      Plaintiff,

   -against-

THE CLOSET FACTORY, INC.

                      Defendants.
------------------------------------------------------------------------X

Case No.: 1:22-cv-6626

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: June 1, 2023
      Hackensack, New Jersey

*s/Mark Rozenberg*
Mark Rozenberg, Esq.
STEIN SAKS, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
201.282.6500
mrozenberg@steinsakslegal.com
*Attorneys for Plaintiff*

Dated: June 1, 2023
      New York, New York

*s/Rebecca A. Stark*
Rebecca A. Stark
Dentons US LLP
1221 Ave of the Americas
New York, NY 10020
212-398-7614
Rebecca.Stark@dentons.com
*Attorneys for Defendant*